Clinton GREEN, Petitioner—Appellant,

v.

UNITED STATES of America,
Respondent—Appellee.

No. 04–6508.

United States Court of Appeals,
Fourth Circuit.

Submitted June 24, 2004.

Decided July 1, 2004.

Clinton Green, Appellant pro se.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Clinton Green appeals the district
court's order denying relief on his motion
filed pursuant to the All Writs Act, 28
U.S.C. § 1651 (2000). Our review of the
record and the district court's opinion dis-
closes no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *See Green v. United States,*
No. CA–03–269–1 (N.D.W.Va. Jan. 16,
2004). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED*